HMK/mb FS 7973

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FEDERAL INSURANCE COMPANY,
SAMSUNG AMERICA, INC.,

                            Plaintiffs,        08 CV 5255 (DC) (DFE)
                                                               ECF CASE

        -against-

M/V MSC TEXAS, her engines, boilers, tackle,        **RULE 7.1 STATEMENT**
etc., CONTI 26 CONTAINER SHIFFAHRTS GMBH
& CO KG MS 'CONTI MAKALU', NSB NIEDERELBE
SCHIFFAHRTSGESELLSCHAFT MBH & CO KG,
EXPEDITORS INTERNATIONAL OF WASHINGTON,
INC. d/b/a EXPEDITORS INTERNATIONAL OCEAN,
EXPEDITORS INTERNATIONAL OCEAN, INC.

                                        Defendants
-----------------------------------------------------------------X

        PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT CORPORATION:   CHUBB CORP.

Dated: June 9, 2008

                                            KINGSLEY, KINGSLEY & CALKINS
                                            Attorneys for Plaintiffs


                                            BY:_/S/_____
                                               HAROLD M. KINGSLEY
                                               91 W. Cherry Street
                                               Hicksville, New York 11801
                                               (516) 931-0064