

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL INSURANCE COMPANY<br><br>              Plaintiff,<br><br>-V-<br><br>M/V MSC TEXAS et al.<br>              Defendants. | **CERTIFICATE OF MAILING**<br><br>08 CV 5255 (DC) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

30ᵀᴴ day of June, 2008

I served the

SUMMONS & VERIFIED COMPLAINT WITH PRAYER FOR MARITIME ATTACHMENT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

9ᵀᴴ day of June, 2008

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RB 632 897 807 US

*J. Michael McMahon*
CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*

ATTORNEYS AT LAW

*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

June 17, 2008

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: FEDERAL INSURANCE COMPANY V
M/V MSC TEXAS *et al.*
08 CV 5255 (D. C)
Our Ref: CH7973

Sir:

[summons] and Complaint on the following [pursuan]t to Federal Rules of Civil Procedure Rule [...]ts-

Very truly yours,

[signature]