

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL INSURANCE COMPANY<br><br>      Plaintiff,<br><br>      -V-<br><br>M/V MSC TEXAS et al.<br>      Defendants. | **CERTIFICATE OF MAILING**<br><br>08 CV 5255 (DC) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 30TH day of June, 2008

I served the

SUMMONS & VERIFIED COMPLAINT WITH PRAYER FOR MARITIME ATTACHMENT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 9TH day of June, 2008

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 897 798 US**

_____
CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*
ATTORNEYS AT LAW
*Proctors in Admiralty*
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

June 17, 2008

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: FEDERAL INSURANCE COMPANY V
M/V MSC TEXAS *et al.*
08 CV 5255 (D.C)
Our Ref: CH7973

Sir:

Please serve the enclosed Summons and Complaint on the following defendants by registered mail pursuant to Federal Rules of Civil Procedure Rule

hiffahrts
nti Makalu'

Very truly yours,

[signature]

---

Registered No. RB632897798US
Reg. Fee $10.80
Handling Charge $0.00
Return Receipt $2.20
Postage $1.74
Restricted Delivery $0.00
Received
Date Stamp 0004 08 06/30/08

Customer Must Declare Full Value $0.00

FROM: KINGSLEY KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
FILE No. CH7973

TO: Conti 26 Container Schiffahrts
GMbH & Co KG ms 'Conti Makalu'
Harburger Strasse 47-51,
21614 Buxtehude, GERMANY

PS Form 3806, June 2002, Receipt for Registered Mail
For delivery information, visit our website at www.usps.com