# United States District Court

SOUTHERN    DISTRICT OF    NEW YORK

FEDERAL INSURANCE COMPANY,
SAMSUNG AMERICA, INC.,
                    Plaintiffs,

V.

M/V MSC TEXAS, her engines, boilers,
tackle, etc., CONTI 26 CONTAINER
SCHIFFAHRTS GMBH & CO KG MS 'CONTI
MAKALU', NSB NIEDERELBE
SCHIFFAHRTSGESELLSCHAFT MBH &
CO KG, EXPEDITORS INTERNATIONAL
OF WASHINGTON, INC. d/b/a EXPEDITORS
INTERNATIONAL OCEAN,
EXPEDITORS INTERNATIONAL OCEAN, INC.
                    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 CV 5255

JUDGE CHIN

TO:

| Conti 26 Container Schiffahrts GMBH & Co KG ms 'Conti Makalu' Harburger Strasse 47-51, 21614 Buxtehude, Germany | NSB Niederelbe Schiffahrts-gesellschaft mbH & Co KG Harburger Strasse 47-51, 21614 Buxtehude, Germany | Expeditors International of Washington, Inc. d/b/a Expeditors International Ocean 245 Roger Avenue Inwood, NY 11096 | Expeditors International Ocean, Inc. 245 Roger Avenue Inwood, NY 11096 |

**YOU ARE HEREBY SUMMONED** and required to serve upon **PLAINTIFF'S ATTORNEY** (name and address)

KINGSLEY, KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
(516) 931-0064

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JUN 09 2008

CLERK  J. MICHAEL MCMAHON                    DATE

(BY) DEPUTY CLERK

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: KINGSLEY, KINGSLEY & CALKINS

FEDERAL INSURANCE COMPANY, ETANO

Plaintiff(s)

- against -

M/V MSC TEXAS, HER ENGINES, BOILERS, TACKLE, ETC., ETAL

Defendant(s)

Index # 08 CV 5255 (CHIN)

Purchased June 9, 2008
File # CH7973

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

RICHARD RUBINSTEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 30, 2008 at 10:35 AM at

245 ROGER AVENUE
INWOOD, NY 11096

deponent served the within SUMMONS AND COMPLAINT on EXPEDITORS INTERNATIONAL OF WASHINGTON, INC. D/B/A EXPEDITORS INTERNATIONAL OCEAN therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to "JANE SMITH" personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 50 | 5'4 | 140 |

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: July 1, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified in New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

**RICHARD RUBINSTEIN**

Invoice #: 464435

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728